**Electronically Filed**
**Supreme Court**
**SCAD-11-0000162**
**09-FEB-2012**
**09:13 AM**

SCAD-11-0000162

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

EARLE A. PARTINGTON, Respondent.

---

ORIGINAL PROCEEDING
(ODC 10-079-8913)

<u>ORDER DENYING MOTION TO VACATE SUSPENSION</u>
(By: Recktenwald, C.J., Nakayama, Duffy, and McKenna, JJ.,
and Intermediate Court of Appeals Chief Judge Nakamura,
in place of Acoba, J., recused)

Upon consideration of Respondent Earle A. Partington's motion to vacate his suspension and for other relief, the arguments therein, the appended exhibits, the opposition to the motion filed by the Office of Disciplinary Counsel and the record,

IT IS HEREBY ORDERED that the motion is denied in all respects.

DATED: Honolulu, Hawai'i, February 9, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

/s/ Craig H. Nakamura

